IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DONALD RHEA** **PLAINTIFF**
**#658733**

v.                     Case No. 3:22-cv-00255-KGB-JJV

**JAMES FLOYD, Sergeant,**
**Greene County Detention Center,** *et al.*                     **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Joe. J. Volpe (Dkt. No. 3). Plaintiff Donald Rhea has not filed any objections to the Recommended Disposition, and the time to file objections has passed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id.*). Accordingly, Mr. Rhea's complaint is dismissed without prejudice for failure to prosecute (Dkt. No. 1). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

It is so ordered this 13th day of February, 2023.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge