IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DONALD RHEA** **PLAINTIFF**
**#658733**

v.                    Case No. 3:22-cv-00255-KGB-JJV

**JAMES FLOYD, Sergeant,**
**Greene County Detention Center,** *et al.*                    **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Donald Rhea's complaint is dismissed without prejudice (Dkt. No. 1). The relief sought is denied. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

So adjudged this 13th day of February, 2023.

_____
Kristine G. Baker
United States District Judge